# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District Of Texas
FILED
APR 8 2019
David J. Bradley, Clerk

United States of America )
v. )
) Case No. 7:19-CR-0600-001
GERARDO TAFOLLA )
*Defendant* )

## DEFENDANT'S APPEARANCE BOND

To obtain the defendant's release, we jointly and severally agree to forfeit the following cash or other property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter *(describe the cash or other property and any claim, lien, mortgage, or other encumbrance on it):*
$ 30,000.00 UNSECURED , and there has been deposited in the Registry of the Court the sum of $ NA in cash.

*Ownership.* We declare under penalty of perjury that we are the sole owners of this property and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments):*

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Exoneration of sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: 4/8/19                    _/s/ Gerardo Tafolla_
                                 Defendant's signature/GERARDO TEFOLLA

_____    _____
Co-Suretor's signature              Co-Suretor's signature

Sworn and signed before me.         DAVID J. BRADLEY, CLERK OF COURT

Date: 4/8/19                        _/s/ Janie Leyva_
                                    Janie Leyva, Deputy Clerk

                                    Approved.
                                    _/s/ J. Scott Hacker_
                                    J. Scott Hacker, U.S. Magistrate Judge