IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| | § | 7:19-CR-00600-01 |
| V. | § § § | |
| GERARDO TAFOLLA | § | |

**UNOPPOSED MOTION FOR LEAVE TO FILE LATE
OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**I.**

The undersigned counsel represents Defendant, **GERARDO TAFOLLA** on the above matter.

**II.**

The undersigned counsel, requests leave of the Court to file late objections to the Presentence Investigation Report.

**III.**

The Presentence Investigation Report was electronically received on May 13, 2019. However, since undersigned counsel had a death in the family on April, 2019, a lot of her cases were reset for May; hence she has had a hectic schedule trying to catch up from all the cases that were reset. In addition, to her regular case load in State Court, Counsel is also working on two court appointed federal cases and another federal case in which she just recently was retained, United States of America vs. Juan Alberto Villalobos; 7:18-CR-0960-01, in said case the evidence is extensive and said evidence needs to be reviewed and is set for court on Tuesday May 30, 2019. In addition,

undersigned counsel was out sick one and ½ days last week and had to go to the doctor on Monday 20, 2019.

### IV.

Counsel needs more time to respond to and effectively represent the Defendant regarding these objections to Defendant, **GERARDO TAFOLLA's** presentence report.

### V.

For these reasons, the undersigned counsel respectfully requests additional time to file defendant's objections to the presentence report.  Objections to the Pre-trial Report are due on May 28, 2019.  Undersigned counsel requests a four-day extension. Counsel request that this honorable court extent the filing deadline to Friday, May 31, 2019.

### VI.

The undersigned counsel conferred with the office of Assistant U.S. Attorney, Roberto Lopez, Jr. and he is not opposed to this motion.

WHEREFORE PREMISES CONSIDERED, the undersigned counsel requests that this motion be granted and for all other relief she may be entitled to.

    Respectfully submitted,

    Law Office of Alma R. Garza, P.C.
    320 W. McIntyre, Ste. 3
    Edinburg, Texas  78542
    Tel.  (956) 383-8131
    Fax.  (956) 383-6603

    BY: /s/  Alma R. Garza
      Alma R. Garza
      SBN: 07727900
      ID Number 267427
      ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2019 a copy of the foregoing motion of the defendant GERARDO TAFOLLA was served upon the following persons pursuant to the rules:

Roberto Lopez, Jr.
U.S. Attorney
1701 W. Bus. Hwy. 83, Suite 405
McAllen, Texas  78501

/s/  Alma R. Garza
Alma R. Garza

## CERTIFICATE OF CONFERENCE

I, **ALMA R. GARZA**, hereby certify that I conferred with the office of the Honorable Roberto Lopez, Jr., Assistant U.S. Attorney regarding Defendant, **GERARDO TAFOLLA'S** motion and he is unopposed.

/s/ Alma R. Garza
Alma R. Garza

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § **V.** § § **GERARDO TAFOLLA** § | **7:19-CR-00600-001** |

**O R D E R**

The Court having considered the **UNOPPOSED MOTION FOR LEAVE TO FILE LATE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**, of the defendant, **GERARDO TAFOLLA**, on the above styled and numbered cause, is of the opinion that same should be and is herein:

**GRANTED** _____ and extended until the _____ day of _____, 2019 or;

**DENIED** _____

SO ORDERED this the \_\_\_\_\_ day of _____, 2019.

_____
**UNITED STATES DISTRICT JUDGE**