United States District Court
Southern District of Texas
**ENTERED**
May 29, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-00600 |
| | § | |
| GERARDO TAFOLLA | § | |

## ORDER

On this date came on to be considered Gerardo Tafolla's "Unopposed Motion for Leave to File Late Objections to Presentence Investigation Report" [*Dkt. No. 27*]. The Court, after duly considering said motion, finds that the motion should be and it is hereby **GRANTED.** The Court hereby extends the deadline to file objections to the Presentence Investigation Report on or before **May 31, 2019**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 29th day of May, 2019.

_____
Micaela Alvarez
United States District Judge