United States District Court
Southern District of Texas

**ENTERED**

July 09, 2019

David J. Bradley, Clerk

United States District Court
Southern District of Texas
FILED

JUL 0 8 2019

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-00600 |
| | § | |
| GERARDO  TAFOLLA | § | |

## **ORDER**

On this date came on to be considered Gerardo Tafolla's "Unopposed Motion for Continuance" [*Dkt. No. 36*].  The Court, after duly considering said motion, finds that the motion should be and it is hereby **GRANTED.**   Sentencing is hereby reset to **January 15, 2020 at 9:00 a.m.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this _____ day of July, 2019.

Micaela Alvarez
United States District Judge