United States District Court
Southern District of Texas
FILED
JAN 13 2020
David J. Bradley, Clerk

United States District Court
Southern District of Texas
**ENTERED**
January 13, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-00600-1 |
| | § | |
| GERARDO TAFOLLA | § | |

### ORDER

On this date came on to be considered Gerardo Tafolla's "Unopposed Motion for Continuance" [*Dkt. No. 40*]. The Court, after duly considering said motion, finds that the motion should be and it is hereby **GRANTED**. Sentencing is hereby reset to **March 26, 2020 at 2:00 p.m.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this 13th day of January, 2020.

Micaela Alvarez
United States District Judge