United States District Court
Southern District of Texas
**ENTERED**
March 19, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-600-1 |
| | § | |
| GERARDO TAFOLLA | § | |

# ORDER

The Court considers Defendant's March 26, 2020 sentencing hearing. In light of the current guidelines from the Center for Disease Control and public health authorities, as well as Hidalgo County's Declaration of Local Disaster, the Court hereby **CANCELS** said hearing. A sentencing hearing date will be provided at a later date.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 19th day of March, 2020.

_____
Micaela Alvarez
United States District Judge