**\* \* \* 3 DAY COPY ORDER \* \***

Case 7:19-cr-00600 Document 49 Filed on 11/10/20 in TXSD Page 1 of 2
Case 7:19-cr-00600 Document 48 Filed on 11/11/20 in TXSD Page 1 of 2

| AO 435 (Rev. 04/18) | | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY | | |
|---|---|---|---|---|---|---|

**TRANSCRIPT ORDER**

DUE DATE:

*Please Read Instructions:*

| 1. NAME GREGORY P. SAPIRE | 2. PHONE NUMBER (512) 431-9518 | 3. DATE 11/11/2020 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL greg@ssmlawyers.com | 5. CITY Austin | 6. STATE TX | 7. ZIP CODE 78731 |

| 8. CASE NUMBER 7:19-cr-600-1 | 9. JUDGE Hon. Micaela Alvarez | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 11/10/2020 | 11. TO 11/10/2020 |
| 12. CASE NAME *M-19 CR 522 AT EL* | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY McAllen | 14. STATE TX |

**15. ORDER FOR**

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☒ OTHER |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Proceedings held on | 11-10-2020 |
| ☐ BAIL HEARING | | Arraignment | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☒ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | | | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

| 18. SIGNATURE /s/ Gregory P. Sapire | PROCESSED BY *RICK ROOZ (956) 618-8498* |
|---|---|
| 19. DATE 11/11/2020 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY Judicial Transcribers of Texas, LLC | COURT ADDRESS |

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE 0.00 |

**DISTRIBUTION:** COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY