UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | Criminal No. 19-CR-600 |
| | § | |
| **v.** | § | |
| | § | |
| **GERARDO TAFOLLA** | § | |
| | § | |
| | § | |

      The undersigned respectfully requests that the previously filed Notice of Appearance of Marco A. Palmieri be withdrawn.

      Respectfully submitted,

COREY R. AMUNDSON
Chief
Public Integrity Section

*/s/ Marco A. Palmieri*
Marco A. Palmieri
Senior Litigation Counsel
U.S. Department of Justice
Criminal Division, Public Integrity
Section 1331 F Street, N.W.
Washington, D.C. 20004
Tel: 202-514-1412
marco.palmieri@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for the defendants.

Dated: January 15, 2021
*/s/ Marco A. Palmieri*
Senior Litigation Counsel