# IN THE UNITED STATES DISTRICT COURT
## FOR SOUTHERN DISTRICT OF TEXAS
## MCALLEN, TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Vs. | § | CASE NO. 7:19-CR-00600 |
| | § | |
| GERARDO TAFOLLA | § | |

## UNOPPOSED MOTION FOR CONTINUANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, Attorney for Defendant, GERARDO TAFOLLA, and moves this Court for continuance of the sentencing in this case, and in support presents the following:

Sentencing in this case is currently scheduled for September 15, 2023 at 9:00 a.m.. Mr. Tafolla is requesting a reset in said case. Mr. Tafolla understands that new federal laws have been recently been passed and that his sentencing will be impacted by these new laws. These new laws take affect November 1, 2023. Mr. Tafolla is requesting a sentencing date be set sometime after November 1, 2023 for Judicial economy.

This Unopposed Motion for Continuance is not filed for purposes of delay, but so that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** Defense counsel prays that his Motion for Continuance be granted in all things for the reasons mentioned herein.

Respectfully submitted:

**/s/ Alma R. Garza**
Alma R. Garza
Federal Bar I.D. # 267427
**LAW OFFICE OF ALMA R. GARZA, P.C.**
**A PROFESSIONAL CORPORATION**

320 W. McIntyre, Ste.2
Edinburg, Texas 78541
Telephone: (956) 383-8131
Facsimile: (956) 383-6603
Email: argarzalaw@sbcglobal.net
Attorney for Defendant,
GERARDO TAFOLLA

### CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern district of Texas, using the electronic case filing system of the court to the following attorney of record who has consented in writing to accept this notice as service of this document by electronic means: AUSA, Roberto Lopez, Jr.

   /s/ Alma R. Garza
Alma R. Garza

### CERTIFICATE OF CONFERENCE

I certify that I have consulted with Mr. Roberto Lopez, Jr. on behalf of the U.S. Government and he is **UNOPPOSED** regarding this Motion for Continuance.

  /s/ Alma R. Garza
Alma R. Garza

AUSA:
Email: Roberto.Lopez2@usdoj.gov

*United States vs. GERARDO TAFOLLA/ Criminal No. 7:19-CR-00600*  2

THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| V. | § | CASE NO. 7:19-CR-00600 |
| | § | |
| **GERARDO TAFOLLA** | § | |

### ORDER

The Court considered this Unopposed Motion for Continuance of the sentencing of Defendant, GERARDO TAFOLLA, requested by the defense counsel in the above-mentioned style and cause number, and finds this motion should be GRANTED.

Accordingly, the Court Grants the Unopposed Motion for Continuance and further finds that pursuant to 18 U.S.C. § 3161(h)(8)(A), the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

The sentencing date is reset from September 15, 2023 to _____, 2023 at _____ o'clock.

Signed on _____, 2023.

                                                                                       _____
                                                                                       MICAELA ALVAREZ
                                                                                       UNITED STATES DISTRICT JUDGE